IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY MATTHEWS,

Petitioner,

v.                                                    CIVIL ACTION
                                                      NO. 13-466

NORRISTOWN STATE HOSPTIAL, et al,

Respondents.

## ORDER

**AND NOW**, this 5th day of November, 2019, upon careful and independent consideration of the petition for writ of habeas corpus, the Response and Supplemental Response in related case 13-218 and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, and with no objections being filed thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED** without an evidentiary hearing; and

3. There is no probable cause to issue a certificate of appealability.

**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.